IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| TONYA LYNN FERRELL ) | |
| ) | |
| v. ) | No. 2:12-0094 |
| ) | Magistrate Judge Holmes |
| CAROLYN W. COLVIN, ) | |
|    Acting Commissioner of ) | |
|    Social Security ) | |

## ORDER AND FINAL JUDGMENT

This case is before the Court on Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding her application for a period of disability, Disability Insurance Benefits, and Supplemental Security Income. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Sixth Circuit. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, and the applicable law, finds as follows:

For the reasons contained in the accompanying memorandum of law, the Court finds that the decision of the Commissioner of Social Security is not supported by substantial evidence. Plaintiff's motion for judgment on the administrative record (Docket Entry No. 15) is therefore GRANTED, and the decision of the ALJ is REVERSED and REMANDED for further proceedings. On remand, the ALJ shall clarify and explain in greater detail the weight accorded to the opinions of Dr. Michael Cox, Dr. Aileen McAlister, Dr. Edward Sachs, and Jeffrey Herman, M.A., and should discuss and resolve the conflicting evidence pertaining to these opinions as delineated in the accompanying memorandum of law. The ALJ should also identify the support, or lack thereof, for the limitations

recommended by each of these sources. To the extent that the ALJ finds these limitations supported by the record, such limitations should be incorporated into Plaintiff's RFC assessment.

The Clerk of Court is DIRECTED to close the case.

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge